**William James DABBS**

v.

**STATE.**

No. 27950.

Court of Criminal Appeals of Texas.

Feb. 1, 1956.

George E. Cochran, A. L. Wardlaw, Fort Worth, for appellant.

Howard M. Fender, Dist. Atty., Conard Florence, Asst. Dist. Atty., Fort Worth, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Burglary is the offense; the punishment, three years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.